

RECEIVED
JAN 08 2008
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DeValius McDonald

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rachele A. Conat

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

08CV156
JUDGE HART
MAGISTRATE JUDGE COX

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. **Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known) _____

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: DeValius McDonald

   B. Date of Birth: Feb 7, 1955

   C. List all aliases: none

   D. Prisoner identification number: 055990

   E. Place of present confinement: Kane County Jail

   F. Address: 777 East Fabyan Parkway, Geneva, IL 60134

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Rachele A. Conat

      Title: Attorney at Law

      Place of Employment: 37W777 Route 38, Judical Center Suite 200, St. Charles, IL 60175-7533

   B. Defendant: none

      Title:

      Place of Employment:

   C. Defendant: none

      Title:

      Place of Employment:

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: DeValius McDonald-vs-Dr. Kim 07C 7221

B.  Approximate date of filing lawsuit: December 26, 2007

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: DeValius McDonald

D.  List all defendants: Dr. Kim

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinios

F.  Name of judge to whom case was assigned: Judge Bucklo Magistrate Judge Keys

G.  Basic claim made: Prescribed and dispensed wrong medication without plaintiff's knowledge or permission that caused heart to sputter, skip beats and heart spasms.

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I.  Approximate date of disposition: none as of yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Due to the ineffectiveness of Attorney Rachele A. Conat, Plaintiff has been continuosly held in detainment in Kane County Jail since July 26, 2007. First court appearance Defendant refused to file Motion for Speedy Trial and Motion to Compel Discovery as requested by this Plaintiff. Plaintiff's request for Speedy Trial at every court appearance was ignored by this Attorney. Plaintiff's Attorney Knowingly and Willingly ignored this Plaintiff at all court appearances, all phone calls and all mailings for over 5 months, thus violating Plaintiff's right to Communicate and Consult with Attorney. Court date December 12, 2007 is when Plaintiff discovered that Attorney Rachele A. Conat has at every court appearance aganist Plaintiff's wish's, Knowledge, Consent or notification there of, has been filing in the Court, Motion for Continuance by Agreement, thus denying this Plaintiff's U.S. Const. VI

Amendment right to a Speedy Trial by creating undue delay.
Case # 07 CF 2172
Kane County Court
37W777 Route 38,
St. Charles, IL 60175

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Rachele A. Conat's ineffectiveness as Plaintiff's Attorney has inflicted grievous pain and suffering upon this Plaintiff. Relief is asked in the sum of #72,500.00.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __Jan__, 20_08_

_____
(Signature of plaintiff or plaintiffs)

Delalius McDonald
(Print name)

055990
(I.D. Number)

Kane County Jail  302
777 East Fabyan Parkway
Geneva, IL 60134
(Address)

6

Revised 5/2007