**PRISONER CASE** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet



KC FILED
JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DEVALIUS MCDONALD | **Defendant(s):** | RACHELE A. CONAT |
| **County of Residence:** | KANE | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

DeValius McDonald
#055990
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL  60134

08CV156
JUDGE HART
MAGISTRATE JUDGE COX

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
✓ 1. Original Proceeding
☐ 5. Transferred From Other District
☐ 2. Removed From State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ✓ No

**Signature:** A. E. Woodham   **Date:** 1/8/2008